# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SALIM HAJIANI, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>ROSE SERVICES, INC., )<br>)<br>  Defendant. )<br>_____) | CIVIL ACTION FILE NO.<br>_____ |

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff Salim Hajiani, who hereby seeks damages against Defendant for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

### JURISDICTION AND VENUE

1.

This action arises under the authority of this court by 29 U.S.C. § 201 *et seq*. Venue is proper in this Court.

### PARTIES

2.

Plaintiff Salim Hajiani is a resident of Georgia and currently resides in Spaulding County, Georgia.

3.

Defendant Rose Services, Inc. is a Georgia corporation, with its principal place of business in Conyers, Georgia.  Defendant can be served with process via its registered agent Habibur Rahman at 1945 Cliff Valley Way, #340, Atlanta GA 30329.

## FACTUAL ALLEGATIONS

4.

Plaintiff was employed by Defendant from February to March, 2010 as a cashier.

5.

Plaintiff's job did not entail managerial or supervisory duties.

6.

Plaintiff routinely worked in excess of 40 hours per week.

7.

Plaintiff was not paid overtime for the hours worked in excess of 40 hours per week.

## CLAIMS FOR RELIEF

### COUNT I: FLSA

8.

Plaintiff was not an exempt employee under the FLSA.

9.

Defendant was required to pay Plaintiff overtime pay for all hours worked over 40 in a work-week.

10.

Plaintiff routinely worked in excess of 40 hours per week.

11.

Defendant did not pay Plaintiff overtime.

12.

Defendant violated the overtime --requirements of the FLSA and is liable to Plaintiff for unpaid overtime, liquidated damages, and costs and attorney's fees.

WHEREFORE, Plaintiff prays that the Court:

(a) Assume jurisdiction over this action;

(b) Award damages to Plaintiff according to law and in an amount to be determined by proof and the enlightened conscience of the jury;

(c) Award reasonable attorney's fees, expenses, and costs of litigation; and

(d) Any further relief that is just and appropriate be granted to Plaintiff.

**A JURY TRIAL IS DEMANDED.**

This 17th<sup>th</sup> day of January, 2012.

*s/Howard "Tres" Indermark*
Howard "Tres" Indermark
Georgia Bar No. 005848

**INDERMARK|VAISHNAV, LLC**
7000 Peachtree Dunwoody Road
Building 9, Suite 100
Atlanta, GA 30328
(678) 615-3413
*tres@i-vlaw.com*

4