# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SALIM HAJIANI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE NO. |
| ) | 1:12-CV-0177-TWT |
| ROSE SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41, the parties to the above action hereby stipulate to dismissal of the above action with prejudice.

Submitted this 4th day of November, 2013.

*/s Howard W. "Tres Indermark*
Howard W. "Tres" Indermark
Georgia Bar No. 005848

**Indermark|Vaishnav, LLC**
P.O. Box 223
Avondale Estates, GA 30002
(404) 409-8492

2

*s/David R. Hughes*
David R. Hughes
Georgia Bar No. 375615

David R. Hughes
**Davis, Pickren, Seydel & Sneed, LLP**
285 Peachtree Center Avenue, NE
2300 Marquis Two Tower
Atlanta, GA 30303
(404) 588-0505
